**Naki OCRAN, Petitioner,**

v.

**Eric H. HOLDER, Jr., United States Attorney General, Respondent.**

No. 09–1646.

United States Court of Appeals, Eighth Circuit.

Submitted: March 3, 2010.

Filed: March 8, 2010.

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

PER CURIAM.

Naki Ocran, a citizen of Ghana, petitions for review of an order of the Board of Immigration Appeals (BIA) denying her January 2009 motion to reopen. After careful review, we conclude that the BIA acted within its discretion. *See Alanwoko v. Mukasey,* 538 F.3d 908, 914 (8th Cir. 2008); *Rafiyev v. Mukasey,* 536 F.3d 853, 861 (8th Cir.2008); *Stroe v. INS,* 256 F.3d 498, 501–04 (7th Cir.2001).

Accordingly, we deny the petition for review.